**FILED**
October 25, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No.  2:10-mj-313 DAD |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| LUIS HERNANDEZ,  ) | |
| ) | |
| Defendant.  ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Luis Hernandez</u>; Case  <u>2:10-mj-313 DAD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _  Release on Personal Recognizance

    _  Bail Posted in the Sum of _____

    <u>X</u>  Unsecured bond in the amount of $150,000, cosigned by defendant's brother and sister in law, with the brother in law signing by close of business on 10/26/10; secured bond to be posted within two weeks.

    _  Appearance Bond with 10% Deposit

    _  Appearance Bond secured by Real Property

    _  Corporate Surety Bail Bond

    <u>X</u>  (Other) <u>Pretrial conditions/supervision;</u>

Issued at  <u>Sacramento, CA</u>  on <u>10/25/2010</u>  at  2:43 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge